```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 20326
   ROBERT J BIEDRZYCKI
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2998

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 05/20/2005 and was confirmed 08/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  45.48% from remaining funds.

     The case was paid in full 08/18/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
CHASE                      UNSECURED     NOT FILED           .00           .00
AMERICAN GENERAL FINANCE   UNSECURED       3647.41           .00        1658.91
CREDIT FIRST               UNSECURED       2158.59           .00         981.77
CARD MEMBER SERVICES       UNSECURED     NOT FILED           .00           .00
FIFTH THIRD BANK           UNSECURED      11952.99           .00        5436.44
KOHLS                      UNSECURED        984.01           .00         447.55
MARSHALL FIELDS            UNSECURED        193.83           .00          88.16
PORTFOLIO RECOVERY         UNSECURED      17766.47           .00        8080.53
ERNESTO D BORGES JR        DEBTOR ATTY    1,700.00                     1,700.00
TOM VAUGHN                 TRUSTEE                                     1,154.64
DEBTOR REFUND              REFUND                                        316.37

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               19,864.37

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                   16,693.36
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                         1,154.64
DEBTOR REFUND                                  316.37
                      ---------------     ---------------
TOTALS                19,864.37             19,864.37


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 20326 ROBERT J BIEDRZYCKI
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```